PROB 12C
(6/16)

Report Date: December 15, 2017

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 18 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rafael Ramirez-Macias            Case Number: 0980 2:13CR00059-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 30, 2013

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 63 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: November 3, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 2, 2020 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: On August 30, 2013, the offender appeared before Your Honor for the purpose of sentencing, and was advised of all terms and conditions of supervised release.<br><br>The offender violated the terms of his supervised release on or about December 8, 2017, by illegally re-entering the United States without advance legal permission.<br><br>On December 8, 2017, per U.S. Department of Homeland Security file number YUS1812000083, the offender was located at or near the Andrade, California, Port of Entry. It was determined by U.S. Border Patrol agents, that the offender, a citizen and national of Mexico, illegally entered into the United States. The offender was taken into custody and transported to the Yuma, Arizona, Border Patrol Station for processing, where his biographical information, fingerprints, and photo were submitted into all available databases. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/15/2017

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/18/17
Date