PROB 12C
(6/16)

Report Date: January 22, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 23 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rafael Ramirez-Macias                Case Number: 0980 2:13CR00059-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 30, 2013

Original Offense:        Alien in United States After Deportation, 8 U.S.C. § 1326

Original Sentence:       Prison - 63 months                Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Alison L. Gregoire               Date Supervision Commenced: November 3, 2017

Defense Attorney:        David Fletcher                   Date Supervision Expires: November 2, 2020

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/18/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
|   | **Supporting Evidence**: On August 30, 2013, the offender appeared before Your Honor for the purpose of sentencing, and was advised of all terms and conditions of supervised release. |
|   | The offender violated the terms of his supervised release by entering a plea of guilty to a federal crime on December 11, 2017. |
|   | On December 11, 2017, per the judgment filed in the United States Southern District Court of California, Mr. Ramirez-Macias, entered a plea of guilty to Title 8 U.S.C. § 1325(a)(1), Illegal Entry, a Class B misdemeanor offense. |

Prob12C
Re: Ramirez-Macias, Rafael
January 22, 2018
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/22/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

1/23/18

Date